UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN JOB,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL RADAR ACQUISITION, LLC,<br><br>　　　　　Defendant. | Case No. 4:19-cv-06525-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 31 |

　　On January 29, 2020, the parties filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

　　Additionally, the February 18, 2020 case management conference is continued to May 19, 2020. The joint case management statement is due on or before May 12, 2020. The responsive pleading deadline is continued to April 10, 2020.

　　IT IS SO ORDERED.

Dated: February 5, 2020

　　　　　　　　　　　　　　　　*Kandis Westmore*
　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　United States Magistrate Judge